```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | JUSTIN L. LEE
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, CA  95814
 4 | (916) 554-2800
```

**FILED**

MAY 0 9 2013



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE AFFIDAVIT AND CRIMINAL COMPLAINT RE:  BRODERICK ARARAO | ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:13-MJ-0148  CKD  **SEALING ORDER**  **UNDER SEAL** |
|---|---|---|

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: May 9, 2013

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRAGE JUDGE