HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRODERICK ARARAO, <br><br> Defendant. | No. 13-mj-148 CKD <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING** <br><br> Date: August 21, 2013 <br> Time: 2:00 p.m. <br> Judge: Hon. Dale A. Drozd |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for August 21, 2013, at 2:00 p.m., before the Honorable Dale A. Drozd, to September 16, 2013, at 2:00 p.m., before the Honorable Kendall J. Newman.

Counsel for Mr. Ararao anticipates that the government will soon produce additional discovery in this matter. Counsel for Mr. Ararao requires further time to review that discovery with him, and to conduct further investigation. Counsel also requires the time to continue to discuss a potential pre-indictment resolution of this case with Mr. Ararao.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and

that the Court should extend the time within which the government must file an indictment to September 16, 2013. The parties stipulate that the ends of justice served by granting Mr. Ararao's request for a continuance outweigh the best interest of the public and Mr. Ararao in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: August 6, 2013

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik

_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: August 6, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Justin Lee

_____
JUSTIN L. LEE
Assistant U.S. Attorney

**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to September 16, 2013, at 2:00 p.m., before the Hon. Kendall J. Newman; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Ararao's request for a continuance outweigh the best interest of the public and Mr. Ararao in a speedy trial.

IT IS SO ORDERED.

Dated: August 21, 2013

*allison claire*
_____
HON. ALLISON CLAIRE
United States Magistrate Judge