

**FILED**

SEP -6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       ) No. 13-mj-148 CKD
                                )
         Plaintiff,             ) STIPULATION AND [PROPOSED] ORDER
                                ) TO CONTINUE PRELIMINARY HEARING
    v.                          )
                                ) Date:  September 16, 2013
BRODERICK ARARAO,               ) Time:  2:00 p.m.
                                ) Judge: Hon. Kendall J. Newman
         Defendant.             )
                                )
_____)

     The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for September 16, 2013, at 2:00 p.m., before the Honorable Kendall J. Newman, to October 11, 2013, at 2:00 p.m., before the Honorable Allison Claire.

     Counsel for Mr. Ararao requires time to review discovery with him, and to conduct further investigation. Counsel also requires the time to continue to discuss a potential pre-indictment resolution of this case with Mr. Ararao, and to negotiate with government counsel.

     The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to October 11, 2013. The parties stipulate that the

Stipulation And Proposed Order          1                    13-mj-148 CKD

ends of justice served by granting Mr. Ararao's request for a continuance outweigh the best interest of the public and Mr. Ararao in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: September 6, 2013

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: September 6, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Justin Lee
_____
JUSTIN L. LEE
Assistant U.S. Attorney

## O R D E R

Finding good cause, the Court orders the preliminary hearing continued to October 11, 2013, at 2:00 p.m., before the Hon. Allison Claire; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Ararao's request for a continuance outweigh the best interest of the public and Mr. Ararao in a speedy trial.

IT IS SO ORDERED.

Dated: September 6, 2013

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge