1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-mj-148 CKD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | ) ) | TO OCTOBER 17, 2013, AT 2:00 P.M. |
| BRODERICK ARARAO, | ) ) | Date:   October 11, 2013 |
| Defendant. | ) ) | Time:   2:00 p.m. Judge:  Honorable Allison Claire |

The parties stipulate, through respective counsel, that the Court should continue the preliminary hearing set for October 11, 2013, at 2:00 p.m., to October 17, 2013, at 2:00 p.m.

The parties have reached an agreement to resolve this case pre-indictment. The parties require time to draft an information, and a plea agreement. Counsel for Mr. Ararao requires time to review these documents with him. Consequently, the parties agree they require a continuance to effectuate these goals.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to October 17, 2013.

/ / /

/ / /

/ / /

1  The parties stipulate that the ends of justice served by the Court granting this request outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 8, 2013                HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik_____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

DATED: October 8, 2013                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for_____
                                       JUSTIN L. LEE
                                       Assistant U.S. Attorney

**O R D E R**

The Court, finding good cause, orders the preliminary hearing continued to October 17, 2013, at 2:00 p.m., before the Hon. Kendall J. Newman. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

DATED: October 8, 2013                _____
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE