1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )   Case No. 13-349 MCE
                                        )
11                      Plaintiff,      )   STIPULATION AND  ORDER TO CONTINUE
                                        )   STATUS CONFERENCE TO FEBRUARY 27,
12        v.                            )   2014, AT 9:00 A.M.
                                        )
13  BRODERICK ARARAO,                   )   Date:    January 30, 2014
                                        )   Time:    9:00 a.m.
14                      Defendant.      )   Judge:   Hon. Morrison C. England, Jr.
                                        )
15  _____    )

16        The parties stipulate, through respective counsel, that the Court should continue the status

17  conference set for January 30, 2014, at 9:00 a.m., to February 27, 2014, at 9:00 a.m.

18        Counsel for Mr. Ararao requires time to consult with him regarding the status of the

19  attorney client relationship, and to review previously disclosed discovery in light of that status.

20        For these reasons, counsel and the defendant agree that the Court should exclude the time

21  from January 30, 2014, through February 27, 2014, when it computes the time within which trial

22  must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code

23  T4.

24  / / /

25  / / /

26  / / /

27

28

                                        -1-

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    DATED: January 28, 2014                HEATHER E. WILLIAMS
                                            Federal Defender
4
                                            /s/ M.Petrik_____
5                                           MICHAEL PETRIK, Jr.
                                            Assistant Federal Defender
6

7    DATED: January 28, 2014                BENJAMIN B. WAGNER
                                            United States Attorney
8
                                            /s/ M.Petrik for_____
9                                           JUSTIN L. LEE
                                            Assistant U.S. Attorney
10

11                                    **ORDER**

12    Good cause appearing, the Court adopts the stipulation in its entirety.  The Court

13    specifically finds that the failure to grant a continuance in this case would deny defense counsel

14    reasonable time necessary for effective preparation, taking into account the exercise of due

15    diligence.  The Court finds that the ends of justice served by granting the continuance outweigh

16    the best interests of the public and defendants in a speedy trial.

17    The Court orders the status conference rescheduled for February 27, 2014, at 9:00 AM in

18    Courtroom 7.  The Court orders the time from the date of the parties stipulation, up to and

19    including February 27, 2014, excluded from computation of time within which the trial of this

20    case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local

21    Code T4.

22    IT IS SO ORDERED.

23    Dated:  January 29, 2014

24

25    _____
      MORRISON C. ENGLAND, JR., CHIEF JUDGE
26    UNITED STATES DISTRICT COURT

27

28