HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Ararao

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROEDRICK ARARAO,<br><br>Defendant. | Case No. 2:13-cr-00349-JAM<br><br>**STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>Date: December 12, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for and admit/deny hearing to take place December 12, 2023.

2. Mr. Ararao requests that the admit/deny hearing be continued to **January 23, 2024, at 9:00 a.m.** Defense counsel needs the additional time to adequately investigate and prepare for the hearing.

3. The government does not object to Mr. Ararao's request.

IT IS SO STIPULATED.

//

//

//

//

STIPULATION -1- *United States v. Ararao*,
2:13cr349-JAM

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 5, 2023 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Ararao |
| Date: December 5, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|  | */s/ Justin Lee*<br>JUSTIN LEE<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE