HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Ararao

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13CR349-JAM |
| Plaintiff, | **STIPULATION TO RELEASE DEFENDANT; [FINDINGS AND ORDER]** |
| vs. | |
| BROEDRICK ARARAO, | Judge: Hon. Deborah Barnes |
| Defendant. | |

## I.

## **STIPULATION**

The parties stipulate to the following.

1. Mr. Ararao was arrested for an alleged supervised release violation and made his initial appearance on November 13, 2023. ECF no. 46.  The Court ordered him detained.  *Id.*

2. The Court may reconsider a detention order at any time if information not known to the movant at the initial hearing exists that has a material bearing on whether there are conditions of release that will reasonably assure his future appearances and safety of the community.  18 U.S.C. § 3142(f)(2).

3. New information exists that has a material bearing on whether Mr. Ararao is releasable. The government and United States probation no longer object to Mr. Ararao's immediate release on his previously imposed supervised release conditions.

4. Mr. Ararao is currently scheduled for an admit/deny hearing on January 23, 2024.  In this matter, the parties are jointly recommending a disposition of time served and

continuation of Mr. Ararao previously ordered term of supervised release. Based on the recommendation of the parties that Mr. Ararao be sentenced to time served and returned to supervision and to prevent Mr. Ararao from serving any additional time pending resolution of his TSR petition, release is appropriate at this time.

5. Accordingly, pursuant to the Bail Reform Act, Mr. Ararao moves for the Court to sign an order for his release on his previously imposed conditions of supervise release.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 11, 2024  /s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Ararao

Date: January 11, 2024  PHILLIP A. TALBERT
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  January 11, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE